UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America

                        Plaintiffs,

        -against-

Leland R. Hardy

                        Defendants.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

07 Civ. 7489 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

The above captioned action was designated as an Electronic Filing. The defendant Leland R. Hardy has filed an answer and is appearing pro se. The Clerk of Court is directed to designate this case as an Non-ECF case.

SO ORDERED.

                                                      P. Kevin Castel
                                                      United States District Judge

New York, New York
September 18, 2007