MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: Kathleen A. Zebrowski
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
FAX No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LELAND R. HARDY,

                Defendant.

------------------------------------------------------------x

STIPULATION AND
ORDER OF SETTLEMENT
AND DISMISSAL

07 Civ. 7489 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

THIS ACTION having been commenced by the filing of a verified complaint and issuance of a summons on August 23, 2007, and defendant Leland Hardy (the "defendant") having filed an answer to the complaint; and

WHEREAS, the parties wish to achieve an amicable resolution of the case,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above-captioned action be, and hereby is, dismissed, subject to the following terms and conditions:

    1.    Defendant shall pay plaintiff United States of America (the "plaintiff" or the "United States") a total amount of $14,600.00 as follows: (1) $2,600.00 on or before

November 15, 2007; and (2) $2,000.00 by the 15th day of each month thereafter, until the aforementioned amount is paid in full.

    2.      All payments shall be made payable to the United States Department of Justice and mailed or delivered to the Financial Litigation Unit, United States Attorney's Office, 86 Chambers Street, New York, New York 10007.

    3.      Simultaneously with his execution of this stipulation, defendant shall execute a consent judgment in the from annexed hereto as Exhibit A. The executed consent judgment shall be held in escrow by plaintiff's counsel. In the event defendant fails to comply with the terms and conditions of paragraphs 1 and 2 herein, plaintiff shall be entitled to enter judgment for the full amount of the Government's claim, that is, $27,982.34, with interest from the date of judgment as provided by law, less any amounts paid by defendant. Before any entry of the consent judgment, plaintiff shall first afford defendant notice of any default in writing sent by first class mail to defendant at his last known address, and shall afford defendant ten days to cure the default. Defendant shall be presumed to have received notice of default five days from date of the first-class mailing.

    4.      Each party to this action will bear its own costs and attorneys' fees.

    5.      After defendant has made payment to plaintiff required in paragraph 1, plaintiff shall deliver an instrument of release of its claim in this action.

Dated: New York, New York
      October 17, 2007

                      MICHAEL J. GARCIA
                      United States Attorney for the
                      Southern District of New York
                      Attorney for the United States
                        of America

             By: _____
                  KATHLEEN A. ZEBROWSKI
                  Assistant United States Attorney
                  86 Chambers Street
                  New York, New York 10007
                  Telephone No.: (212) 637-2710
                  FAX No.: (212) 637-2717


                  _____
                  LELAND R. HARDY
                  Defendant, pro se


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

10-18-07

Exhibit A

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. (212) 637-2710

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,           :

            Plaintiff,           :

     - v. -                                    :           CONSENT JUDGMENT

LELAND R. HARDY,                           :           07 Civ. 7489 (PKC)

            Defendant.         :
------------------------------------------------------x

      WHEREAS, this action having been commenced by the filing of a verified complaint and issuance of a summons on August 23, 2007, and defendant Leland R. Hardy (the "defendant"), having filed an answer to the complaint; and the parties having consented to entry of this judgment upon the terms and conditions set forth in the stipulation and order of settlement and dismissal of this action executed by the parties on or about October 17, 2007;

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant in the amount of $27,582.34, plus costs in the amount of $400.00, amounting in all to the sum of $27,982.34, with interest from the date of judgment as provided by law and that plaintiff have execution therefor.

EXHIBIT A

Dated: New York, New York
October 17, 2007

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States
         of America

By: _____
      KATHLEEN A. ZEBROWSKI
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Telephone No.: (212) 637-2710
      FAX No.: (212) 637-2717


_____
LELAND R. HARDY
Defendant, pro se


SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE


EXHIBIT A